ARCHER & GREINER
A Professional Corporation
One Centennial Square
Haddonfield, New Jersey 08033
(856) 795-2121
Attorneys for Defendants,
Avaya, Inc., Donald K. Peterson and Garry K. McGuire, Sr.

By: KERRI E. CHEWNING, ESQUIRE

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| HOWARD CHARATZ, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>AVAYA, INC., DONALD K. PETERSON AND GARRY K. MCGUIRE, SR.<br><br>Defendants. | Civ. No. 05-2319 (MLC) (LHG) |

## ORDER

This matter having come before the Court upon the Motion of the Defendants for the *pro hac vice* admission of Gregory L. Watts, Esquire, Mitchell Epner, Esquire and Michael J. Marando, Esquire; and the Court having reviewed the submissions of the parties; and for good cause having been shown;

IT IS on this ___24th___ day of ___November___, 2009

**ORDERED** that Gregory L. Watts, Esquire, Mitchell Epner, Esquire and Michael J. Marando, Esquire shall each be permitted to appear *pro hac vice* in the above matter; and it is

**FURTHER ORDERED** that all pleadings, briefs and other papers filed with the Court shall be signed by Kerri E. Chewning, Esquire, or a member of her firm who is a member in good standing of the New Jersey Bar and of this Court, who shall be held responsible for said papers and for the conduct of the cause and who shall be present before the Court during all stages of this proceeding, unless expressly excused by the Court; and it is

**FURTHER ORDERED** that Gregory L. Watts, Esquire, Mitchell Epner, Esquire and Michael J. Marando, Esquire shall each pay the annual fee required by the New Jersey Lawyers' Fund for Client Protection in accordance with the New Jersey Court Rules 120-1(b) and 1:28B-1(e) as well as the fee required by Local Civil Rule 101.1(c)(3) within 20 days from the date of the entry of this Order; and it is

**FURTHER ORDERED** that Gregory L. Watts, Esquire, Mitchell Epner, Esquire and Michael J. Marando, Esquire, shall each be bound by the Rules of the United States District Court for the District of New Jersey, including, but not limited to, the provisions of L. Civ. R. 103.1, Judicial Ethics and Professional Responsibility, and L. Civ. R. 104.1, Discipline of Attorneys; and it is

**FURTHER ORDERED** that Gregory L. Watts, Esquire, Mitchell Epner, Esquire and Michael J. Marando, Esquire, shall each be deemed to have agreed to take no fee in any tort case in excess of the New Jersey State Court Contingency Fee Rule, Rule 1:21-7, as amended.

HON. LOIS H. GOODMAN, U.S.M.J.

5088911v1