# EXHIBIT 3

&lt;HELP&gt; for explanation.                                       Equity**HP**

**CLOSE/PRICE**                                                  Page  1 / 1
AVAYA INC              (3414924QUS)         (Not Quoted)
                                                        HI 13.97    ON  3/ 2/05
Range  3/ 2/05   to  4/19/05    Period D Daily          AVE 12.2991 VL 4988262
                         USD    Market T Trade          LOW 10.40   ON  4/15/05

|   | DATE  | PRICE  | VOLUME  |   | DATE  | PRICE | VOLUME  |   | DATE | PRICE  | VOLUME  |
|---|-------|--------|---------|---|-------|-------|---------|---|------|--------|---------|
| F |       |        |         | F | 4/ 1  | 11.47 | 4939800 | F | 3/11 | 13.45  | 3673200 |
| T |       |        |         | T | 3/31  | 11.68 | 5281200 | T | 3/10 | 13.73  | 3046000 |
| W |       |        |         | W | 3/30  | 11.58 | 5473000 | W | 3/ 9 | 13.90  | 5032300 |
| T | 4/19  | 10.69  | 4272700 | T | 3/29  | 11.41 | 8696800 | T | 3/ 8 | 13.49  | 4060200 |
| M | 4/18  | 10.70  | 4478900 | M | 3/28  | 12.09 | 2744800 | M | 3/ 7 | 13.83  | 3547200 |
| F | 4/15  | L10.40 | 9185000 | F | 3/25  |       |         | F | 3/ 4 | 13.60  | 5287700 |
| T | 4/14  | 11.50  | 2875600 | T | 3/24  | 12.17 | 4689900 | T | 3/ 3 | 13.87  | 5847000 |
| W | 4/13  | 11.63  | 2795500 | W | 3/23  | 12.20 | 6123900 | W | 3/ 2 | H13.97 | 4110700 |
| T | 4/12  | 11.80  | 1850600 | T | 3/22  | 11.98 | 5622100 |   |      |        |         |
| M | 4/11  | 11.75  | 3210700 | M | 3/21  | 11.90 | 9318900 |   |      |        |         |
| F | 4/ 8  | 11.78  | 3888400 | F | 3/18  | 12.75 | 5895100 |   |      |        |         |
| T | 4/ 7  | 11.94  | 3625400 | T | 3/17  | 12.76 | 5017300 |   |      |        |         |
| W | 4/ 6  | 12.04  | 5829400 | W | 3/16  | 12.86 | 4375200 |   |      |        |         |
| T | 4/ 5  | 11.88  | 5398100 | T | 3/15  | 12.72 | 7373600 |   |      |        |         |
| M | 4/ 4  | 11.62  | 5016200 | M | 3/14  | 13.03 | 7018500 |   |      |        |         |

Australia 61 2 9777 8600  Brazil 5511 3048 4500  Europe 44 20 7330 7500  Germany 49 69 9204 1210  Hong Kong 852 2977 6000
Japan 81 3 3201 8900     Singapore 65 6212 1000        U.S. 1 212 318 2000     Copyright 2009 Bloomberg Finance L.P.
                                                                               SN 622011 G366-844-2 17-Nov-2009 10:29:19