# EXHIBIT 4

# EXHIBIT 4

\<HELP\> for explanation.                                                EquityHP

## CLOSE/PRICE                                                           Page 1 / 1
AVAYA INC              (3414924QUS)          (Not Quoted)
                                                        HI 13.97    ON 3/ 2/05
Range  3/ 2/05  to  4/20/05   Period D Daily           AVE 12.1766  VL 6216466
                            USD   Market T Trade       LOW 8.01     ON 4/20/05

|   | DATE | PRICE | VOLUME |   | DATE | PRICE | VOLUME |   | DATE | PRICE | VOLUME |
|---|------|-------|--------|---|------|-------|--------|---|------|-------|--------|
| F |      |       |        | F | 4/ 1 | 11.47 | 4939800 | F | 3/11 | 13.45 | 3673200 |
| T |      |       |        | T | 3/31 | 11.68 | 5281200 | T | 3/10 | 13.73 | 3046000 |
| W | 4/20 | L8.01 | 47975400 | W | 3/30 | 11.58 | 5473000 | W | 3/ 9 | 13.90 | 5032300 |
| T | 4/19 | 10.69 | 4272700 | T | 3/29 | 11.41 | 8696800 | T | 3/ 8 | 13.49 | 4060200 |
| M | 4/18 | 10.70 | 4478900 | M | 3/28 | 12.09 | 2744800 | M | 3/ 7 | 13.83 | 3547200 |
|   |      |       |        |   |      |       |        |   |      |       |        |
| F | 4/15 | 10.40 | 9185000 | F | 3/25 |       |        | F | 3/ 4 | 13.60 | 5287700 |
| T | 4/14 | 11.50 | 2875600 | T | 3/24 | 12.17 | 4689900 | T | 3/ 3 | 13.87 | 5847000 |
| W | 4/13 | 11.63 | 2795500 | W | 3/23 | 12.20 | 6123900 | W | 3/ 2 | H13.97 | 4110700 |
| T | 4/12 | 11.80 | 1850600 | T | 3/22 | 11.98 | 5622100 |   |      |       |        |
| M | 4/11 | 11.75 | 3210700 | M | 3/21 | 11.90 | 9318900 |   |      |       |        |
|   |      |       |        |   |      |       |        |   |      |       |        |
| F | 4/ 8 | 11.78 | 3888400 | F | 3/18 | 12.75 | 5895100 |   |      |       |        |
| T | 4/ 7 | 11.94 | 3625400 | T | 3/17 | 12.76 | 5017300 |   |      |       |        |
| W | 4/ 6 | 12.04 | 5829400 | W | 3/16 | 12.86 | 4375200 |   |      |       |        |
| T | 4/ 5 | 11.88 | 5398100 | T | 3/15 | 12.72 | 7373600 |   |      |       |        |
| M | 4/ 4 | 11.62 | 5016200 | M | 3/14 | 13.03 | 7018500 |   |      |       |        |

Australia 61 2 9777 8600  Brazil 5511 3048 4500  Europe 44 20 7330 7500  Germany 49 69 9204 1210  Hong Kong 852 2977 6000
Japan 81 3 3201 8900      Singapore 65 6212 1000    U.S. 1 212 318 2000      Copyright 2009 Bloomberg Finance L.P.
                                                                             SN 622011 G366-844-2 17-Nov-2009 10:29:26