# EXHIBIT 5

&lt;HELP&gt; for explanation.                                              Equity**HP**

**CLOSE/PRICE**                                                       Page  1 / 1
AVAYA INC            (3414924QUS)         (Not Quoted)
                                                      HI  13.60      ON  3/ 4/05
Range  3/ 4/05  to  4/15/05    Period W Weekly        AVE 12.2314    VL 24.36MLN
                        USD    Market T Trade         LOW 10.40      ON   4/15/05

| DATE |        | PRICE  | VOLUME   | DATE | PRICE | VOLUME | DATE | PRICE | VOLUME |
|------|--------|--------|----------|------|-------|--------|------|-------|--------|
| APR  | 4/15   | L10.40 | 19.92MLN |      |       |        |      |       |        |
|      | 4/ 8   | 11.78  | 23.76MLN |      |       |        |      |       |        |
|      | 4/ 1   | 11.47  | 27.14MLN |      |       |        |      |       |        |
| MAR  | 3/25   | 12.17  | 25.75MLN |      |       |        |      |       |        |
|      | 3/18   | 12.75  | 29.68MLN |      |       |        |      |       |        |
|      | 3/11   | 13.45  | 19.36MLN |      |       |        |      |       |        |
|      | 3/ 4   | H13.60 | 24.91MLN |      |       |        |      |       |        |

Australia 61 2 9777 8600  Brazil 5511 3048 4500  Europe 44 20 7330 7500  Germany 49 69 9204 1210  Hong Kong 852 2977 6000
Japan 81 3 3201 8900         Singapore 65 6212 1000     U.S. 1 212 318 2000    Copyright 2009 Bloomberg Finance L.P.
                                                                               SN 622011 G366-844-2 17-Nov-2009 10:30:46