# EXHIBIT 6

**AVAYA INC**
Thomson Financial Momentum Report
CUSIP                                                                                   5349910
Ticker                                                                                     AV

Summary of Quarter Ended 3/31/05

| | |
|---|---|
| Shares Outstanding "SO" as of 1/31/05 per 12/31/04 10Q: | 480,014,273 |
| Total 13F Institutions: | 358 |
| Total 13F Institutional Holdings: | 298,431,233 |
| Percent of Avaya Shares held by Institutions | 62.17% |

| | Owner Name | 31-Mar-05 |
|---|---|---|
| 1 | DODGE & COX | 29,537,248 |
| 2 | FIDELITY MANAGEMENT & RESEARCH | 19,493,999 |
| 3 | BARCLAYS BANK PLC | 16,695,467 |
| 4 | LORD, ABBETT & CO. LLC | 16,214,594 |
| 5 | KEYBANK NATIONAL ASSOCIATION | 13,655,681 |
| 6 | VANGUARD GROUP, INC. | 12,709,364 |
| 7 | STATE STR CORPORATION | 12,703,777 |
| 8 | LAZARD FRERES & COMPANY LLC | 9,537,640 |
| 9 | FRANKLIN RESOURCES INC | 6,693,853 |
| 10 | MELLON BANK NA | 6,093,945 |
| 11 | SUNTRUST BANKS INC | 6,084,674 |
| 12 | MAZAMA CAPITAL MGMT, INC. | 5,286,688 |
| 13 | NORTHERN TRUST CORP | 4,804,919 |
| 14 | BNP PARIBAS ASSET MGMT S.A.S. | 4,626,500 |
| 15 | DEUTSCHE BK AKTIENGESELLSCHAFT | 4,568,562 |
| 16 | PIONEER INVESTMENT MGMT INC. | 4,537,069 |
| 17 | ARTISAN PTNR LIMITED PTNR | 4,367,500 |
| 18 | MSDW & COMPANY | 3,857,705 |
| 19 | CREDIT AGRICOLE | 3,841,865 |
| 20 | COLLEGE RETIRE EQUITIES | 3,520,363 |
| 21 | EAGLE ASSET MANAGEMENT, INC. | 3,338,834 |
| 22 | WELLS FARGO & (NORWEST CORP) | 3,231,261 |
| 23 | U.S. TRUST COMPANY N.A. | 2,709,485 |
| 24 | FIFTH THIRD INVESTMENT ADVR | 2,699,616 |
| 25 | JENNISON ASSOCIATES LLC | 2,583,209 |
| 26 | CITIGROUP INC | 2,335,873 |
| 27 | ROXBURY CAPITAL MGMT, L.L.C. | 2,316,710 |
| 28 | WELLINGTON MANAGEMENT CO, LLP | 2,231,900 |
| 29 | NORTHERN CAPITAL MGMT, LLC | 2,152,850 |
| 30 | PERKINS WOLF MCDONNELL& CO LLC | 2,131,564 |
| 31 | AMERICAN CENT INVESTMENT MGMT. | 2,049,930 |
| 32 | CALIFORNIA PUBLIC EMP RET SYS | 2,006,010 |
| 33 | MASON STR ADVISORS, LLC | 1,934,705 |
| 34 | GLENVIEW CAPITAL MGMT, L.L.C. | 1,900,400 |
| 35 | EATON VANCE MANAGEMENT, INC. | 1,893,612 |
| 36 | BOSTON PTNR ASSET MGMT, L.L.C. | 1,888,455 |
| 37 | MERRILL LYNCH INV MANAGERS(NJ) | 1,812,079 |
| 38 | UBS SECURITIES LLC | 1,765,251 |
| 39 | FRED ALGER MANAGEMENT INC. | 1,744,343 |
| 40 | GEODE CAPITAL MGMT, L.L.C. | 1,667,551 |
| 41 | U.S. BANCORP | 1,607,590 |
| 42 | NEW YORK STATE COMMON RET SYS | 1,557,694 |
| 43 | WACHOVIA CORPORATION | 1,556,188 |
| 44 | BANK OF AMERICA CORPORATION | 1,534,633 |
| 45 | FLORIDA STATE BD ADMINISTRATIO | 1,474,802 |
| 46 | TEACHER RETIREMENT SYS OF TX | 1,416,300 |
| 47 | PRUDENTIAL INSUR CO OF AMERICA | 1,319,024 |

**AVAYA INC**
Thomson Financial Momentum Report
CUSIP                                                                 5349910
Ticker                                                                AV

Summary of Quarter Ended 3/31/05

| | |
|---|---|
| Shares Outstanding "SO" as of 1/31/05 per 12/31/04 10Q: | 480,014,273 |
| Total 13F Institutions: | 358 |
| Total 13F Institutional Holdings: | 298,431,233 |
| Percent of Avaya Shares held by Institutions | 62.17% |

| | Owner Name | 31-Mar-05 |
|---|---|---|
| 48 | LOOMIS, SAYLES & COMPANY, L.P. | 1,296,451 |
| 49 | CHARLES SCHWAB INVT MGMT, INC. | 1,214,518 |
| 50 | HSBC HOLDINGS PLC | 1,209,531 |
| 51 | JACOBS LEVY EQUITY MGMT, INC. | 1,194,900 |
| 52 | ALLIANZ DRESDNER ASSET MGMT AM | 1,154,900 |
| 53 | NEW YORK STATE TEACH RET SYS | 1,145,069 |
| 54 | AXA FINANCIAL, INC. | 1,138,665 |
| 55 | STATE TEACH RETIREMENT SYS OH | 1,068,700 |
| 56 | THALES FUND MANAGEMENT, LLC | 1,008,500 |
| 57 | MERRILL LYNCH & CO INC | 906,727 |
| 58 | EPOCH INVT PARTNERS, INC. | 842,430 |
| 59 | OHIO PUBLIC EMP RETIREMENT SYS | 837,116 |
| 60 | CREDIT SUISSE FIRST BOSTON LLC | 826,755 |
| 61 | CAPITAL ADVISORS, INC. (OK) | 727,163 |
| 62 | UBS GBL ASSET MGMT(AMERICAS)IN | 719,400 |
| 63 | SUN LIFE FINL SERVICES CANADA | 715,220 |
| 64 | FRANK RUSSELL INVT MGMT CO. | 697,800 |
| 65 | LEGAL & GENERAL GROUP PLC | 692,013 |
| 66 | CALIFORNIA STATE TEACH RET SYS | 677,614 |
| 67 | TRILOGY ADVISORS, LLC | 610,416 |
| 68 | ADAMS EXPRESS COMPANY | 600,000 |
| 69 | WOOSTER CAPITAL MANAGEMENT | 600,000 |
| 70 | BEHRENS RUBINOFF CAP PARTNERS | 584,100 |
| 71 | RENAISSANCE TECHNOLOGIES CORP. | 574,100 |
| 72 | AMERICAN INTL GROUP INC | 558,769 |
| 73 | MILLENNIUM MANAGEMENT, L.L.C. | 555,188 |
| 74 | CREDIT SUISSE ASSET MGMT LLC(U | 512,635 |
| 75 | S.A.C. CAPITAL MGMT, L.L.C. | 500,900 |
| 76 | MUNDER CAPITAL MANAGEMENT | 499,190 |
| 77 | PECONIC PARTNERS, L.L.C. | 495,340 |
| 78 | ARTEMIS ADVISORS, L.L.C. | 481,700 |
| 79 | GEEWAX, TERKER & COMPANY | 467,100 |
| 80 | PENNSYLVANIA PUBLIC SCH EMP RE | 461,822 |
| 81 | JANUS CAPITAL MANAGEMENT LLC | 460,300 |
| 82 | FRONTIER CAPITAL MGMT CO, LLC | 459,916 |
| 83 | NOMURA SECURITIES CO., LTD. | 459,483 |
| 84 | DRESDNER BANK AG | 457,523 |
| 85 | FIFTH THIRD ASSET MGMT(CINCINN | 448,936 |
| 86 | METROPOLITAN LIFE INS CO. (US) | 447,620 |
| 87 | MFT LIMITED | 443,953 |
| 88 | HIGHBRIDGE CAPITAL MGMT, LLC | 439,006 |
| 89 | DEUTSCHE INV MGMT AMERICAS INC | 434,900 |
| 90 | STATE OF WI INVESTMENT BOARD | 425,000 |
| 91 | NLI INTL INC. | 421,200 |
| 92 | MFS INVESTMENT MANAGEMENT | 420,000 |
| 93 | TEXAS PERMANENT SCHOOL FUND | 409,447 |
| 94 | WAFRA INVT ADVISORY GRP, INC. | 407,700 |

**AVAYA INC**
Thomson Financial Momentum Report
CUSIP                                                  5349910
Ticker                                                 AV

Summary of Quarter Ended 3/31/05

| | |
|---|---|
| Shares Outstanding "SO" as of 1/31/05 per 12/31/04 10Q: | 480,014,273 |
| Total 13F Institutions: | 358 |
| Total 13F Institutional Holdings: | 298,431,233 |
| Percent of Avaya Shares held by Institutions | 62.17% |

| | Owner Name | 31-Mar-05 |
|---|---|---|
| 95 | J.P MORGAN CHASE & CO. | 404,067 |
| 96 | UBS O CONNOR, L.L.C. | 402,831 |
| 97 | S SQUARED TECHNOLOGY CORP. | 392,200 |
| 98 | RBC CAPITAL MARKETS ARBITRAGE | 383,851 |
| 99 | ASB CAPITAL MANAGEMENT, INC. | 383,268 |
| 100 | T. ROWE PRICE ASSOCIATES, INC. | 382,403 |
| 101 | TD ASSET MANAGEMENT INC. | 366,718 |
| 102 | IBM RETIREMENT FUNDS | 365,327 |
| 103 | GOLDMAN SACHS & COMPANY | 357,750 |
| 104 | BNY ASSET MANAGEMENT | 349,958 |
| 105 | PUBLIC EMP RETIREMENT ASSN CO | 348,700 |
| 106 | SIDUS INVESTMENT MGMT, L.L.C. | 335,000 |
| 107 | CITADEL INVESTMENT GRP, L.L.C. | 326,835 |
| 108 | ADAGE CAPITAL MANAGEMENT, L.P. | 318,700 |
| 109 | TEACHERS ADVR INC | 317,147 |
| 110 | RHUMBLINE ADVISERS CORP. | 315,803 |
| 111 | FIFTH THIRD BANK | 310,020 |
| 112 | HUNTINGTON PRIVATE FINL GROUP | 307,415 |
| 113 | AQR CAPITAL MANAGEMENT, LLC | 304,600 |
| 114 | ALSON CAPITAL PARTNERS, L.L.C. | 300,000 |
| 115 | MERRILL LYNCH INV MANAGERS(UK) | 296,115 |
| 116 | NEW YORK LIFE INV MGMT SECS IN | 295,647 |
| 117 | PRINCIPAL FINANCIAL GROUP INC | 295,232 |
| 118 | ZELIFF WALLACE JACKSON INV COU | 292,904 |
| 119 | STATE OF MICH STATE TREASURER | 289,062 |
| 120 | PIER CAPITAL, LLC | 287,500 |
| 121 | ENGEMANN ASSET MANAGEMENT | 280,000 |
| 122 | LONDON LIFE INS CO | 276,275 |
| 123 | OPPENHEIMERFUNDS, INC. | 269,718 |
| 124 | CROSSLINK CAPITAL, INC. | 266,700 |
| 125 | CHEMUNG CANAL TRUST COMPANY | 261,635 |
| 126 | BOGLE INVESTMENT MGMT, L.P. | 256,100 |
| 127 | GENERAL ELECTRIC COMPANY | 255,449 |
| 128 | FUND ASSET MANAGEMENT | 244,183 |
| 129 | PUTNAM INVESTMENT MGMT, L.L.C. | 235,977 |
| 130 | AMERICAN EXP FINANCIAL ADVR | 235,414 |
| 131 | NICHOLAS COMPANY, INC. | 233,700 |
| 132 | THRIVENT FINL FOR LUTHERANS | 231,715 |
| 133 | BEAR STEARNS ASSET MGMT, INC. | 225,793 |
| 134 | VERIZON INVESTMENT MGMT CORP | 223,732 |
| 135 | BEAR, STEARNS & CO. INC. | 213,899 |
| 136 | BRAMWELL CAPITAL MGMT, INC. | 210,000 |
| 137 | BANKMONT FINANCIAL CORP | 209,519 |
| 138 | AMALGAMATED BANK OF NEW YORK | 197,009 |
| 139 | HARTFORD INVT MGMT CO, INC. | 196,270 |
| 140 | PARAMETRIC PORT ASSOC, INC. | 195,493 |
| 141 | ZEVENBERGEN CAPITAL INVTS LLC | 192,100 |

**AVAYA INC**
Thomson Financial Momentum Report
CUSIP                                                        5349910
Ticker                                                         AV

Summary of Quarter Ended 3/31/05

| | |
|---|---:|
| Shares Outstanding "SO" as of 1/31/05 per 12/31/04 10Q: | 480,014,273 |
| Total 13F Institutions: | 358 |
| Total 13F Institutional Holdings: | 298,431,233 |
| Percent of Avaya Shares held by Institutions | 62.17% |

| Owner Name | 31-Mar-05 |
|---|---:|
| 142 SPF BEHEER B.V. | 189,782 |
| 143 FINANCIAL COUNSELORS INC. | 188,218 |
| 144 JAMISON PRINCE ASSET MGMT INC. | 184,841 |
| 145 SOROS FUND MANAGEMENT, LLC | 175,000 |
| 146 JUNDT ASSOCIATES, INC. | 173,800 |
| 147 HBK INVESTMENTS, L.P. | 171,200 |
| 148 DIMENSIONAL FD ADVISORS, INC. | 170,023 |
| 149 HOTCHKISS ASSOCIATES, LLC | 168,300 |
| 150 MILLER/HOWARD INVTS, INC. | 166,290 |
| 151 ROYAL BK OF SCOTLAND GROUP PLC | 161,582 |
| 152 LEHMAN BROTHERS INC. | 159,764 |
| 153 NATIONAL CITY CORPORATION | 157,815 |
| 154 KLEINHEINZ CAP PARTNERS, INC. | 150,000 |
| 155 MOUNT LUCAS MANAGEMENT | 146,528 |
| 156 FERGUSON WELLMAN CAP MGMT INC. | 143,448 |
| 157 TOKIO MARINE ASSET MGMT NY CO. | 141,000 |
| 158 FEDERATED INVESTORS, INC. | 140,400 |
| 159 HENDERSON GBL INVESTORS LTD. | 135,760 |
| 160 PADCO ADVR II, INC | 132,106 |
| 161 BLACKROCK INC | 131,100 |
| 162 CATALYST INVT MGMT, CO., LLC | 125,000 |
| 163 EXXONMOBIL INVESTMENT MGMT | 120,614 |
| 164 FIRST CITIZENS BK & TRUST CO | 117,125 |
| 165 GARTMORE SA CAPITAL TRUST | 113,197 |
| 166 USAA INVESTMENT MANAGEMENT CO | 111,558 |
| 167 INTREPID CAPITAL ADVISORS, LLC | 110,000 |
| 168 TRUST COMPANY OF CONNECTICUT | 109,860 |
| 169 BNP PARIBAS ARBITRAGE SA | 109,458 |
| 170 DUPONT CAPITAL MANAGEMENT CORP | 108,737 |
| 171 LEGG MASON INC | 106,758 |
| 172 FRANKLIN STR ADVISORS, INC. | 106,587 |
| 173 KENTUCKY TEACH RETIREMENT SYS | 105,041 |
| 174 NEW STAR ASSET MGMT LIMITED | 102,420 |
| 175 PLUSFUNDS GROUP, INC. | 101,546 |
| 176 VIRGINIA RETIREMENT SYS | 99,400 |
| 177 SENA WELLER ROHS WILLIAMS INC. | 98,966 |
| 178 QWEST ASSET MANAGEMENT CO. | 98,015 |
| 179 GREAT-WEST LIFE & ANNTY INS CO | 97,251 |
| 180 SCOTT & STRINGFELLOW, INC. | 96,493 |
| 181 GARTMORE MUT FD CAPITAL TRUST | 95,585 |
| 182 PENSIONVERZEKERINGMAATSCHAPPY | 95,000 |
| 183 AAL CAPITAL MANAGEMENT CORP. | 94,643 |
| 184 STICHTING PGGM PENSIOENFONDS | 91,300 |
| 185 SG AMERICAS SECURITIES, LLC | 90,211 |
| 186 DLIBJ ASSET MGMT CO., LTD. | 86,539 |
| 187 PARADIGM ASSET MGMT CO, LLC | 86,000 |
| 188 PHILLIPS & DREW FD MGMT LTD | 83,516 |

**AVAYA INC**
Thomson Financial Momentum Report
CUSIP                                                                 5349910
Ticker                                                                  AV

Summary of Quarter Ended 3/31/05

| | |
|---|---:|
| Shares Outstanding "SO" as of 1/31/05 per 12/31/04 10Q: | 480,014,273 |
| Total 13F Institutions: | 358 |
| Total 13F Institutional Holdings: | 298,431,233 |
| Percent of Avaya Shares held by Institutions | 62.17% |

| Owner Name | 31-Mar-05 |
|---|---:|
| 189 HAROLD C. BROWN & CO., LLC | 82,997 |
| 190 BURNHAM, SULLIVAN & ASSOCIATES | 80,984 |
| 191 BNP PARIBAS SECURITIES CORP | 77,782 |
| 192 F&C ASSET MANAGEMENT PLC | 73,830 |
| 193 HARVARD MANAGEMENT CO, INC. | 70,747 |
| 194 BP AMOCO PLC | 70,000 |
| 195 MFC GLOBAL INVESTMENT MGMT | 69,252 |
| 196 1838 INVESTMENT ADVISORS, LLC | 66,336 |
| 197 CROFT-LEOMINSTER, INC. | 66,005 |
| 198 MFC GLOBAL INVT MGMT (CNDA) | 63,656 |
| 199 CGNU PLC (UK) | 62,650 |
| 200 CLINTON GROUP, INC. | 61,500 |
| 201 RBC CAPITAL MARKETS | 59,287 |
| 202 ADVANTUS CAPITAL MANAGEMENT | 58,924 |
| 203 NEW MEXICO EDU RETIREMENT BD | 58,475 |
| 204 PEQUOT CAPITAL MANAGEMENT INC. | 56,378 |
| 205 BABSON CAPITAL MGMT L.L.C. | 56,125 |
| 206 FORTRESS INVT GRP, L.L.C. | 54,897 |
| 207 MUTUAL AMER CAPITAL MGMT CORP. | 54,262 |
| 208 D. A. DAVIDSON & COMPANY, INC. | 50,602 |
| 209 RBC CAPITAL MARKETS (US) | 50,492 |
| 210 PACIFIC ASSET MGMT LLC | 50,349 |
| 211 GALLEON MANAGEMENT L.P. | 50,100 |
| 212 PRESCOTT GRP CAPITAL MGMT LLC | 50,000 |
| 213 JMG CAPITAL PARTNERS, L.P. | 49,849 |
| 214 BRIDGEWAY CAPITAL MGMT, INC. | 46,700 |
| 215 ANDOR CAPITAL MANAGEMENT | 46,694 |
| 216 ALGEMEEN BURGERLIJK PENSIOENF. | 44,214 |
| 217 EVNINE-VAUGHAN ASSOC, INC. | 43,800 |
| 218 LOGAN CAPITAL MANAGEMENT, INC. | 43,130 |
| 219 CONNING ASSET MANAGEMENT CO | 41,835 |
| 220 BASSO CAPITAL MANAGEMENT LP | 41,500 |
| 221 NISA INVT ADVISORS, L.L.C. | 41,500 |
| 222 ANALYTIC ASSET MGMT, INC. | 40,700 |
| 223 CAPSTONE ASSET MANAGEMENT CO | 39,318 |
| 224 BEATY HAYNES & ASSOC, INC. | 39,243 |
| 225 LIBERTY MUTUAL INS CO | 38,923 |
| 226 TAL GLOBAL ASSET MGMT INC. | 37,892 |
| 227 WHITNEY ASSET MANAGEMENT, LLC | 37,000 |
| 228 CHARLES STEWART MOTT FOUND | 34,400 |
| 229 MARSHALL & ILSLEY CORP | 34,061 |
| 230 ABERDEEN ASSET MANAGERS LTD. | 33,750 |
| 231 AMSOUTH BANCORPORATION | 33,257 |
| 232 MEEDER ASSET MANAGEMENT | 33,110 |
| 233 BNP/COOPER NEFF ADVR INC | 30,999 |
| 234 HERMES PENSION MANAGEMENT LTD. | 30,010 |
| 235 BESSEMER GROUP INC | 29,206 |

**AVAYA INC**
Thomson Financial Momentum Report
CUSIP                                                     5349910
Ticker                                                    AV

Summary of Quarter Ended 3/31/05

| | |
|---|---|
| Shares Outstanding "SO" as of 1/31/05 per 12/31/04 10Q: | 480,014,273 |
| Total 13F Institutions: | 358 |
| Total 13F Institutional Holdings: | 298,431,233 |
| Percent of Avaya Shares held by Institutions | 62.17% |

| Owner Name | 31-Mar-05 |
|---|---|
| 236 OPUS INVESTMENT ADVR LLC | 29,100 |
| 237 ALLSTATE INSURANCE COMPANY | 28,112 |
| 238 NORDEA INVT MGMT (DENMARK) | 27,722 |
| 239 PROFUND ADVR LLC | 26,686 |
| 240 BROWN INVT ADVISORY & TRUST CO | 26,061 |
| 241 FREEDOM CAP MGMT L.L.C.(BOSTON | 25,700 |
| 242 MARIN CAPITAL PARTNERS, L.P. | 25,200 |
| 243 BOURGEON CAPITAL MGMT, L.L.C. | 25,000 |
| 244 CANAL INSURANCE COMPANY | 25,000 |
| 245 SHELL PENSIONS MGMT SERV LTD. | 24,127 |
| 246 OPUS INVESTMENT MANAGEMENT | 23,931 |
| 247 CITIGROUP GBL ASSET MGMT(U.S.) | 23,863 |
| 248 GOLDEN CAPITAL MGMT, L.L.C. | 23,295 |
| 249 AMICA MUTUAL INSURANCE COMPANY | 22,825 |
| 250 DNB NOR ASSET MGMT, INC. (US) | 22,572 |
| 251 VERITABLE, LP | 22,248 |
| 252 PLACEMARK INVESTMENTS, INC | 21,635 |
| 253 ALLSTATE RETIREMENT PLAN | 21,600 |
| 254 SUNRISE PTNR LLC | 21,200 |
| 255 FIFTH THIRD SECURITIES, INC. | 20,867 |
| 256 CAPITAL INV COUNSEL INC.(DENVE | 20,226 |
| 257 SUMITOMO LIFE INSURANCE CO. | 19,713 |
| 258 MANE FUND MANAGEMENT, INC. | 19,500 |
| 259 TOWER BRIDGE ADVR | 18,635 |
| 260 FREEMAN ASSOC INV MANANAGEMENT | 18,200 |
| 261 TRAXIS PTNR LLC | 17,639 |
| 262 AL FRANK ASSET MGMT, INC. | 17,629 |
| 263 SEGALL BRYANT&HAMILL INV COUNS | 17,501 |
| 264 TEACHERS INS & ANN ASSN/AMER | 17,357 |
| 265 CALAMOS ADVR LLC | 17,288 |
| 266 SOLEN INSURANCE LIMITED | 17,212 |
| 267 SEI PRIVATE TRUST CO | 17,064 |
| 268 JMG FINANCIAL GROUP LTD | 16,120 |
| 269 OTTER CREEK MANAGEMENT, INC. | 15,000 |
| 270 TRANSAMERICA INVT MGMT, LLC | 14,870 |
| 271 INTEL CORPORATION | 14,421 |
| 272 UNIONBANCAL | 14,365 |
| 273 WILSHIRE ASSOC INC | 14,181 |
| 274 NEUBERGER BERMAN, LLC | 13,185 |
| 275 GUARDIAN INVESTOR SERV CORP | 13,059 |
| 276 NCM CAPITAL MGMT GROUP, INC. | 13,025 |
| 277 MACKENZIE FINANCIAL CORP | 12,731 |
| 278 PNC FINL SERVICES GROUP INC | 11,821 |
| 279 REYNOLDS CAPITAL MANAGEMENT | 11,000 |
| 280 STUX CAPITAL MANAGEMENT, LLC | 11,000 |
| 281 SUMMIT INVT PARTNERS, L.L.C. | 10,951 |
| 282 RITCHIE CAPITAL MGMT, LLC | 10,500 |

**AVAYA INC**
Thomson Financial Momentum Report
CUSIP 5349910
Ticker AV

Summary of Quarter Ended 3/31/05

| | |
|---|---|
| Shares Outstanding "SO" as of 1/31/05 per 12/31/04 10Q: | 480,014,273 |
| Total 13F Institutions: | 358 |
| Total 13F Institutional Holdings: | 298,431,233 |
| Percent of Avaya Shares held by Institutions | 62.17% |

| Owner Name | 31-Mar-05 |
|---|---|
| 283 AUGUSTINE ASSET MGMT, INC. | 10,000 |
| 284 DAI-ICHI MUTUAL LIFE INSUR CO | 9,761 |
| 285 AMICA PENSION FD BD TR | 9,438 |
| 286 SYSTEMATIC FINL MGMT, L.P. | 9,400 |
| 287 PADCO ADVR INC | 9,172 |
| 288 ROYAL LONDON ASSET MGMT LTD. | 8,253 |
| 289 SHELL PENSFDS BEHEER B.V. | 8,101 |
| 290 NATIONAL LIFE INSURANCE CO | 7,222 |
| 291 DENVER INVESTMENT ADVR LLC | 7,162 |
| 292 FIDELITY INTL LTD | 7,000 |
| 293 NOMURA ASSET MGMT CO., LTD. | 5,609 |
| 294 ALLIED IRISH BANKS PLC | 5,210 |
| 295 INDEPENDENCE INVESTMENT, LLC | 4,900 |
| 296 CCM PTNR | 4,387 |
| 297 BEACON FIDUCIARY ADVISORS INC. | 4,054 |
| 298 ING INVT MGMT (NETHERLANDS) | 3,800 |
| 299 COMERICA INC | 3,691 |
| 300 SEI TRUST COMPANY | 3,400 |
| 301 BANK LEU AG | 3,120 |
| 302 CITIZENS BK WEALTH MGMT, N.A. | 2,903 |
| 303 OMEGA BANK NA | 2,855 |
| 304 MANUFACTURERS & TRADERS TRUST | 2,352 |
| 305 RESEARCH AFFILIATES, LLC | 2,032 |
| 306 MARCO INVESTMENT MGMT, L.L.C. | 1,842 |
| 307 SCHRODER INV MGMT GROUP | 1,800 |
| 308 REGENTATLANTIC CAPITAL, L.L.C. | 1,495 |
| 309 NBT BANK N.A. | 1,492 |
| 310 ALLEN ARCHIE G JR | 1,389 |
| 311 PIPER JAFFRAY & CO. | 1,361 |
| 312 NORTHERN TRUST COMPANY OF CT | 1,200 |
| 313 RBC DOMINION SECURITIES, INC | 1,166 |
| 314 FIRST NATIONAL BANK OF OMAHA | 1,017 |
| 315 JARISLOWSKY FRASER LIMITED | 998 |
| 316 MECHANICS BANK | 834 |
| 317 PENSECO FINL SERVICES CORP | 684 |
| 318 GATEWAY INVT ADVISERS, L.P. | 554 |
| 319 PGB TRUST & INVESTMENTS | 487 |
| 320 CENTRAL BANK & TRUST COMPANY | 458 |
| 321 RBC PRIVATE COUNSEL INC. | 403 |
| 322 PEOPLES MUTUAL HOLDINGS | 369 |
| 323 ROYAL BANK OF CANADA | 333 |
| 324 LOTSOFF CAPITAL MANAGEMENT | 252 |
| 325 SSI INVESTMENT MANAGEMENT INC. | 248 |
| 326 HANCOCK BANK TRUST DEPT | 228 |
| 327 CHELSEA MANAGEMENT COMPANY | 220 |
| 328 MAIN STR BANK & TRUST | 219 |
| 329 TOMPKINS TRUSTCO INC | 217 |

**AVAYA INC**
Thomson Financial Momentum Report
CUSIP                                                          5349910
Ticker                                                            AV

Summary of Quarter Ended 3/31/05

| | |
|---|---|
| Shares Outstanding "SO" as of 1/31/05 per 12/31/04 10Q: | 480,014,273 |
| Total 13F Institutions: | 358 |
| Total 13F Institutional Holdings: | 298,431,233 |
| Percent of Avaya Shares held by Institutions | 62.17% |

| | Owner Name | 31-Mar-05 |
|---|---|---|
| 330 | TERRE HAUTE FIRST NATIONAL BK | 200 |
| 331 | GUARANTY TRUST COMPANY OF MO | 192 |
| 332 | BANCORPSOUTH, INC | 172 |
| 333 | ARNHOLD&S.BLEICHROEDER ADVISER | 166 |
| 334 | THOMAS WHITE ASSET MANAGEMENT | 160 |
| 335 | RIKOON-CARRET INVESTMENT ADVR | 146 |
| 336 | FIRST NATL BK CHESTER COUNTY | 138 |
| 337 | S & T BANK | 128 |
| 338 | ALBION FINANCIAL GROUP | 100 |
| 339 | MOTCO | 100 |
| 340 | SECURITY NATIONAL TR COMPANY | 84 |
| 341 | LORING WOLCOTT&COOLIDGE FIDUCI | 52 |
| 342 | COMMUN BANK SYS INC | 45 |
| 343 | CLARK ESTATES INC. | 43 |
| 344 | BRYN MAWR TRUST COMPANY | 35 |
| 345 | BOONE COUNTY NATIONAL BANK | 33 |
| 346 | SPRINGFIELD TRUST COMPANY | 33 |
| 347 | FAIRFIELD RESEARCH CORP. | 29 |
| 348 | UNION BK & TRUST COMPANY (NE) | 23 |
| 349 | DAVIDSON INVT ADVISORS, INC. | 20 |
| 350 | EDGEMOOR CAPITAL MGMT, INC. | 20 |
| 351 | WAGNER INVESTMENT MGMT, INC. | 13 |
| 352 | NATIONAL BK INDIANAPOLIS CORP | 11 |
| 353 | GENERAL RE-NEW ENGLAND ASSET M | 10 |
| 354 | TRUST COMPANY OF VERMONT | 9 |
| 355 | G.W. & WADE, INC. | 8 |
| 356 | WESTPORT RESOURCES MGMT, INC. | 5 |
| 357 | SAN FRANCISCO SENTRY INVT GRP | 2 |
| 358 | CHITTENDEN CORP | 1 |