# EXHIBIT 8

# Nelson's Directory of INVESTMENT RESEARCH 2006

## Volume II - U.S. Companies

| | |
|---|---|
| Section 1 .................. | U.S. Company Profiles/Analyst Coverage |
| Section 2 .................. | Index of U.S. Public Companies by Industry |
| Section 3 .................. | Index of U.S. Public Companies by City and State |
| Section 4 .................. | Master Alphabetic Index |

LICENSE AGREEMENT

Read this license agreement before continuing to use this publication. Continuing to use this publication indicates your acceptance of the terms of this license agreement. This agreement is a legal contract between you, the user of this publication, and Nelson Information, governing your use of this publication. If you do not wish to agree to the terms of this License Agreement, stop using this publication and promptly return it to the place from where you obtained it. If you have any questions concerning this License Agreement, contact Nelson, 195 Broadway, New York, NY 10007, or call 800-782-5555.

License: Nelson grants you the right of continued use of this publication as a reference source. In consideration thereof, you: (1) agree not to decompile, disassemble, rearrange, reorder, copy, extract, or otherwise use any of the information herein in the creation of any directory, database, reference source, or other compilation, without the express written permission of Nelson; and (2) acknowledge that a significant degree of originality was required and utilized in the creation of this publication.

COPYRIGHT NOTICE

Nelson's Directory of Investment Research - 2006, (31st annual edition) is a proprietary product of Nelson and is protected by United States copyright laws as well as international treaties. All information in this publication has been obtained from sources considered to be reliable, but its accuracy and completeness cannot be guaranteed. Neither the information presented nor any opinion expressed constitutes a representation by us or a solicitation of the purchase or sale of any securities. The inclusion or omission of any firm or service herein shall not be deemed a recommendation by the publisher for or against the use thereof. Copyright © 2005/2006 Thomson Financial / Nelson, 195 Broadway, New York, NY 10007. Data as of November 2005. Next revision, November 2006.
Volume I, II & III -    ISSN: 0896-0135  ISBN: 1-891851-44-6

Printed in the United States of America

Nelson ● 195 Broadway, New York, NY 10007 ● Phone: 800.782.5555 ● Outside the U.S.: 646.822.3094

# NELSON'S DIRECTORY OF INVESTMENT RESEARCH – 2006 – Volume II

## AVANIR PHARMACEUTICALS
(AVN - American Stock Exchange)

Suite 200     1 858 622-5200
11388 Sorrento Valley Road     (fax) 1 858 658-7447
San Diego, CA 92121
www.avanir.com

AVANIR Pharmaceuticals. The Group's principal activities consist of research, development, commercialization, licensing and sales of innovative drug products and antibody generation services. The Group's subsidiary Xenerex Biosciences is developing completely human antibody products to target antigens causing various ailments. The Group also carries out clinical development of Neurodex a drug for treatment of several central nervous systems disorders. Other researches include for the treatment of allergies, asthma and cholesterol reduction. The Group has entered into marketing license agreements with GlaxoSmithKline in North America, Boryung Pharmaceuticals in South Korea and CTS Chemical Industries in Israel.

**Investor Relations.** . . . . . . . . . . . . . . . . . . . Patrice A. Saxon
**Chairman.** . . . . . . . . . . . . . . . . . . . . . . . . . . . . James B. Glavin
**President & Chief Executive.** . . . . . . . Dr. Gerald J. Yakatan
**Vice President Finance, Chief Financial Officer & Secretary...**
                                           ...Gregory P. Hanson

| | |
|---|---|
| **Employees:** | 60 |
| **Shareholders:** | 1,055 |
| **Shares Outs.:** | 108,358,925 |
| **Auditor:** | Deloitte & Touche |

**Equity Analyst Coverage:**
| | |
|---|---|
| CIBC World Markets Corp. ...Bret Holley | 212 667-7000 |
| Lazard Freres & Company LLC ...Joel D. Sendek | 212 632-6000 |
| Punk, Ziegel & Company ...Matthew L. Kaplan | 212 308-9494 |
| Rodman & Renshaw, LLC ...Elemer Piros | 212 356-0500 |

## AVANT IMMUNOTHERAPEUTICS INCORPORATED
(AVAN - Nasdaq National Market)

    1 781 433-0771
119 Fourth Avenue     (fax) 1 781 433-0262
Needham, MA 02494-2725
www.avantimmune.com

Avant Immunotherapeutics Incorporated. The Group's principal activity is to discover, develop and market pharmaceutical products to prevent and treat diseases. The Group is developing a portfolio of vaccines against viral and bacterial diseases, including single-dose oral vaccines aimed at protecting travelers and people in endemic regions from cholera, typhoid fever and other illnesses. The Group's current collaborations encompass the development of an oral human rotavirus vaccine, vaccines to combat threats of biological warfare and vaccines addressing human food safety and animal health. In addition, the Group is conducting clinical studies of a proprietary vaccine candidate for cholesterol management.

**Investor Relations.** . . . . . . . . . . . . . . . . . . . Paula R. Freeman
**Chairman.** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . Dr. J. B. Ward
**President & Chief Executive.** . . . . . . . . . . Dr. Una S. Ryan
**Senior Vice President, Chief Financial Officer, Secretary & Treasurer...**
                                           ...Avery W. Catlin

| | |
|---|---|
| **Employees:** | 62 |
| **Shareholders:** | 709 |
| **Shares Outs.:** | 74,136,232 |
| **Auditor:** | PriceWaterhouseCoopers |

**Equity Analyst Coverage:**
| | |
|---|---|
| Caris & Company, Inc. ...Russell M. Gilbertson | 858 704-0300 |
| Needham & Company, LLC ...Mark Monane | 212 371-8300 |
| Roth Capital Partners, LLC. ...Derek A. Jellinek | 949 720-5700 |

## AVATAR HOLDINGS INCORPORATED
(AVTR - Nasdaq National Market)

    1 305 442-7000
201 Alhambra Circle
Coral Gables, FL 33134
www.avatarhomes.com

Avatar Holdings Incorporated. The Group's principal activity is the development and sale of active adult and residential communities. The communities are being developed in Poinciana, central Florida, Harbor Islands on Florida's East Coast and Rio Rico, south of Tucson, Arizona. Development also includes storm-water management facilities, drainage work, irrigation facilities, water and wastewater utilities and offsite roadways. Other activities of the Group include operations of amenities, cable television operations, title insurance agency, the development, leasing and management of improved commercial properties and the sale of industrial properties. In Feb 2004 the Group discontinued the operations of Harbor Islands marina.

**Chairman.** . . . . . . . . . . . . . . . . . . . . . . . . . . . . Joshua Nash
**Vice Chairman, President & Chief Executive...**
                                          ...Gerald D. Kelfer
**Executive Vice President, Chief Financial Officer & Treasurer...**
                                          ...Charles L. Mcnairy
**Vice President & Secretary.** . . . . . . . . . . Juanita I. Kerrigan

| | |
|---|---|
| **Employees:** | 483 |
| **Shareholders:** | 6,133 |
| **Shares Outs.:** | 8,058,129 |
| **Auditor:** | Ernst & Young |

*No Analyst Coverage Reported*

## AVAYA INC.
(AV - New York Stock Exchange)

    1 908 953-6000
211 Mount Airy Road
Basking Ridge, NJ 07920
www.avaya.com

Avaya Inc.. The Group's principal activities are to provide communication systems and software for business enterprises, government agencies and other organizations. The Group offers voice, converged voice and data, customer relationship management, messaging, multi-service networking and structured cabling products and services. Multi-service networking products support network infrastructure which carry voice, video and data traffic over any of the protocols, are set of procedures, supported by the Internet on local area and wide data networks. It has operations in the United States, Europe, Asia and Australia. The Group has discontinued Connectivity Solutions in October 2003. On 04-Oct-2004, it acquired Spectel, On 18-Nov-2004, it acquired Tenovis Gmbh & Co Kg, On 15-Dec-2004, it acquired all the assets of RouteScience Technologies Inc and on 19-Sep-2005, it also acquired Nimcat Networks.

**Investor Relations.** . . . . . . Mathew Booher, Vice President
**Chairman & Chief Executive.** . . . . . . . . Donald K. Peterson
**Senior Vice President & Chief Financial Officer...**
                                       ...Garry K. Mcguire Sr.
**Vice President Finance & Controller.** . . . . Amarnath K. Pai
**Vice President & Treasurer.** . . . . . . . . . . . . . . . . Peter Hong
**Senior Vice President, Secretary & General Counsel...**
                                       ...Pamela F. Craven

| | |
|---|---|
| **Employees:** | 14,900 |
| **Shareholders:** | 1,035,892 |
| **Shares Outs.:** | 476,533,310 |
| **Auditor:** | PriceWaterhouseCoopers |

**Equity Analyst Coverage:**
| | |
|---|---|
| Argus Research Company ...James N. Kelleher | 212 425-7500 |
| Buckingham Research Group Inc. ...Gina H. Sockolow | 212 922-5500 |
| Citigroup Global Markets Inc. ...B. Alexander Henderson | 212 816-6000 |
| First Albany Capital Inc. ...Frank R. Marsala | 212 273-7100 |
| Janco Partners, Inc. ...Eric C. Buck | 303 770-3200 |
| JMP Securities LLC ...Samuel C. Wilson | 415 835-8900 |
| J.P. Morgan Securities Inc. ...Ehud A. Gelblum | 212 483-2323 |
| Kaufman Bros., L.P. ...Manuel J. Recarey | 212 292-8100 |
| Lehman Brothers Inc. ...Jiong Shao | 212 526-7000 |
| Merrill Lynch & Company, Inc. ...Tal Liani | 212 449-1000 |
| Morgan Keegan & Company, Inc. ...Tavis C. McCourt | 615 665-3655 |

## AVAYA INC (continued)

| | |
|---|---|
| Morgan Stanley & Co. Inc. ...Scott A. Coleman | 212 761-4000 |
| Prudential Equity Group, LLC ...Inder M. Singh | 212 778-1023 |
| SG Cowen & Co., LLC ...Christin C. Armacost | 646 562-1000 |
| Thomas Weisel Partners LLC ...Jason N. Ader | 617 488-4100 |
| UBS Limited ...Long L. Jiang | 212 713-2000 |
| When2Trade ...James Hopkins | 312 258-3100 |

## AVERY DENNISON CORPORATION
(AVY - New York Stock Exchange)

    1 626 304-2000
150 North Orange Grove Boulevard     (fax) 1 626 792-7312
Pasadena, CA 91103
www.averydennison.com

Avery Dennison Corporation. The Group's principal activity is to manufacture pressure-sensitive adhesives and materials and consumer and converted products. The Pressure-sensitive Adhesives and Materials segment manufactures pressure-sensitive adhesives and base materials including Fasson-brand papers, films, foils, graphic and reflective films. The Office and Consumer Products Segment manufactures and sells a wide range of Avery brand products and label products. The Retail Information Services Segment offers wide variety of price marking and brand identification products for retailers, apparel manufacturers, distributors and industrial customers on a worldwide basis. The Other Specialty Converting Businesses produce specialty tapes and highly engineered labels and other converted products. The Group has operations in 150 manufacturing and distribution facilities located in 42 countries. On 22-Sep-2004, the Group acquired Rinke Etiketten.

**Investor Relations.** . . . . . . . . . . . . . Cynthia S. Guenther, IR
**Chairman.** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . Philip M. Neal
**President & Chief Executive.** . . . . . . . Dean A. Scarborough
**Executive Vice President Finance & Chief Financial Officer...**
                                           ...Daniel R. O'bryant
**Vice President & Treasurer.** . . . . . . . . . Karyn E. Rodriguez
**Executive Vice President, Secretary & General Counsel...**
                                          ...Robert G. Van Schoonenberg

| | |
|---|---|
| **Employees:** | 21,400 |
| **Shareholders:** | 10,750 |
| **Shares Outs.:** | 110,462,275 |
| **Auditor:** | PriceWaterhouseCoopers |

**Equity Analyst Coverage:**
| | |
|---|---|
| Banc of America Securities LLC ...George L. Staphos | 212 583-8000 |
| Buckingham Research Group Inc. ...John E. Roberts | 212 922-5500 |
| Citigroup Global Markets Inc. ...David C. Driscoll | 212 816-6000 |
| Credit Suisse First Boston LLC ...John P. McNulty | 212 325-2000 |
| Crowell, Weedon & Co. ...Douglas A. Christopher | 213 620-1850 |
| Edward Jones ...Daniel L. Ortwerth | 314 515-2000 |
| J.P. Morgan Securities Inc. ...Jeffrey J. Zekauskas | 212 483-2323 |
| Morgan Stanley & Co. Inc. ...Robert E. Ottenstein | 212 761-4000 |
| Standard & Poor's ...Richard O'Reilly | 212 438-2000 |
| Wachovia Securities, LLC ...Ghansham Panjabi | 212 891-5000 |
| When2Trade ...James Hopkins | 312 258-3100 |

## AVIALL INCORPORATED
(AVL - New York Stock Exchange)

    1 972 586-1000
2750 Regent Boulevard     (fax) 1 972 586-1702
DFW Airport, TX 75261-9048
www.aviall.com

Aviall Incorporated. The Group's principal activity is the distribution of new and aftermarket aviation parts and supplies. The Group operates under two segments: New Aviation Parts Distribution and Online Inventory Information Services. Its Aviall Services business resells aviation parts, components and supplies procured from 220 manufacturers through customer service centers in North America, Europe, Asia, New Zealand and Australia. The Inventory Locator service brings buyers and sellers together into a global electronic marketplace serving the aviation, marine and defense industries. Principal suppliers include Honeywell, Goodrich, Rolls-Royce, Avox Systems and TransDigm. The Group is the exclusive service provider of Rolls-Royce Model T56 engine parts. Its customers include military, passenger and freight air carriers, overhaul facilities, helicopter fleet operators and governmental agencies. The Group operates in the United States and other countries.