# EXHIBIT 9

Filings List

Documents > Filings > Filings Results

Step 2 (of 2): Click any online format icon to view a filing, or select a report and click Order Paper to receive a hard copy.

**SEARCH:** Filing Type: REGST - All Registrations

AVAYA INC
was: LUCENT EN CORP
Results **1 - 32** (of 32)

Sort By: Receipt Date   Descending   New Search

Clear All   Save/Print   Save Results to File   Edit Search

| Print/Save | Pages | Online Format | Filing Type | Desc. | Williams Act Filer Name | File/Reg Number | Receipt Date | Filing Date |
|---|---|---|---|---|---|---|---|---|
| ☐ | 7 | O C W I A | REGST | | | 33355946 | 10/26/2007 | 10/26/2007 |
| ☐ | 7 | O C W I A | REGST | | | 333345956 | 10/26/2007 | 10/26/2007 |
| ☐ | 7 | O C W I A | REGST | | | 333355614 | 10/26/2007 | 10/26/2007 |
| ☐ | 7 | O C W I A | REGST | | | 333103475 | 10/26/2007 | 10/26/2007 |
| ☐ | 7 | O C W I A | REGST | | | 333143881 | 10/26/2007 | 10/26/2007 |
| ☐ | 7 | O C W I A | REGST S-3 | | | 333106378 | 10/26/2007 | 10/26/2007 |
| ☐ | 7 | O C W I A | REGST S-3 | | | 333107163 | 10/26/2007 | 10/26/2007 |
| ☐ | 13 | O C W I A | REGST | | | 33345954 | 10/26/2007 | 10/26/2007 |
| ☐ | 3 | O C W I A | REGST | A00 | | 333143881 | 06/19/2007 | 06/19/2007 |
| ☐ | 4 | O C W I A | REGST S-3 | | | 00115951 | 06/06/2007 | 06/06/2007 |
| ☐ | 28 | O C W I A | REGST S-3 | | | 333115800 | 06/10/2004 | 06/10/2004 |
| ☐ | 46 | O C W I A | REGST S-3 | A00 | | 333115800 | 05/24/2004 | 05/24/2004 |
| ☐ | 46 | O C W I A | REGST S-3 | A00 | | 333106378 | 08/12/2003 | 08/12/2003 |
| ☐ | 56 | O C W I A | REGST S-3 | | | 333107163 | 08/12/2003 | 08/12/2003 |
| ☐ | 52 | O C W I A | REGST S-3 | | | 333107163 | 07/18/2003 | 07/18/2003 |
| ☐ | 9 | O C W I A | REGST S-8 | A00 | | 333106378 | 06/23/2003 | 06/23/2003 |
| ☐ | 118 | O C W I | REGST S-4 | | | 333103475 | 02/27/2003 | 02/27/2003 |
| ☐ | 141 | O C W I | REGST S-4 | A00 | | 333102120 | 01/22/2003 | 01/22/2003 |
| ☐ | 196 | O C W I | REGST S-4 | | | 333102120 | 01/13/2003 | 01/13/2003 |
| ☐ | 46 | O C W I | REGST S-3 | | | 333102120 | 12/23/2002 | 12/23/2002 |
| ☐ | 55 | | REGST 8-A | | | 33389866 | 06/05/2002 | 06/05/2002 |
| | | | | | | 00115951 | 10/30/2001 | 10/30/2001 |

Filings List

| | | | | | Receipt Date | |
|---|---|---|---|---|---|---|
| ☐ | 79 | O C W I | REGST S-3 | A00 | 33357962 | 05/23/2001 05/23/2001 |
| ☐ | 219 | O C W I | REGST S-3 | A00 | 33357962 | 05/07/2001 05/07/2001 |
| ☐ | 77 | O C W I | REGST S-3 | | 33357962 | 03/30/2001 03/30/2001 |
| ☐ | 8 | O C W I | REGST S-8 | | 33355946 | 02/20/2001 02/20/2001 |
| ☐ | 10 | O C W I | REGST S-8 | | 33355614 | 02/14/2001 02/14/2001 |
| ☐ | 14 | O C W I | REGST S-8 | | 33345956 | 09/18/2000 09/18/2000 |
| ☐ | 13 | O C W I | REGST 10 | A00 | 33345954 | 09/14/2000 09/18/2000 |
| ☐ | 192 | O C W I | REGST 10 | A00 | 00115951 | 09/06/2000 09/14/2000 |
| ☐ | 173 | O C W I | REGST 10 | A00 | 00115951 | 08/09/2000 09/06/2000 |
| ☐ | 556 | O C W I | | | 00115951 | 08/09/2000 |

Clear All  Save/Print     Save Results to File  Edit Search  New Search

Results 1 - 32 (of 32)                  Sort By  Receipt Date  Descending

© 2008 Thomson Financial. All rights reserved.
Client Services 1-888-989-8373  |  Terms of Use