# EXHIBIT 11

&lt;HELP&gt; for explanation.                                              Index **HP**

**CLOSE/MID/**                                                         Page  1 / 1
SPTRINFT   S&P Index         Info Tech
                                                                HI 327.78210 ON  3/ 7/05
Range  3/ 2/05  to  4/20/05      Period D Daily                 AVE 314.41957
                        USD                                     LOW 295.86227 ON  4/15/05

| | DATE | | | DATE | | | DATE | |
|---|---|---|---|---|---|---|---|---|
| F | | | F | 4/ 1 | 312.5899 | F | 3/11 | 320.9164 |
| T | | | T | 3/31 | 315.0203 | T | 3/10 | 325.8020 |
| W | 4/20 | 296.5543 | W | 3/30 | 316.1822 | W | 3/ 9 | 324.1447 |
| T | 4/19 | 299.4883 | T | 3/29 | 311.2372 | T | 3/ 8 | 325.0120 |
| M | 4/18 | 296.1268 | M | 3/28 | 313.0211 | M | 3/ 7 | H327.7821 |
| | | | | | | | | |
| F | 4/15 | L295.8623 | F | 3/25 | | F | 3/ 4 | 323.6553 |
| T | 4/14 | 305.4557 | T | 3/24 | 312.7653 | T | 3/ 3 | 322.4564 |
| W | 4/13 | 309.4781 | W | 3/23 | 312.8318 | W | 3/ 2 | 324.5074 |
| T | 4/12 | 314.6997 | T | 3/22 | 310.9076 | | | |
| M | 4/11 | 313.3659 | M | 3/21 | 314.3336 | | | |
| | | | | | | | | |
| F | 4/ 8 | 314.9386 | F | 3/18 | 313.9893 | | | |
| T | 4/ 7 | 317.2396 | T | 3/17 | 315.8293 | | | |
| W | 4/ 6 | 313.3339 | W | 3/16 | 316.0972 | | | |
| T | 4/ 5 | 313.9033 | T | 3/15 | 319.3973 | | | |
| M | 4/ 4 | 313.4243 | M | 3/14 | 322.3356 | | | |

&lt;HELP&gt; for explanation.                                                    Index **HP**

**CLOSE/PRICE**                                                              Page 1 / 1
SPX        S&P 500 INDEX              PRICE 1108.59
                                                            HI  1225.31   ON  3/ 7/05
Range  3/ 2/05  to  4/20/05     Period D Daily              AVE 1184.22
                          USD   Market  M mid/trd           LOW 1137.50   ON  4/20/05

|   | DATE |          |         |   | DATE |         |         |   | DATE |          |         |
|---|------|----------|---------|---|------|---------|---------|---|------|----------|---------|
| F |      |          |         | F | 4/ 1 | 1172.92 | 1.44BLN | F | 3/11 | 1200.08  | 1.21BLN |
| T |      |          |         | T | 3/31 | 1180.59 | 1.38BLN | T | 3/10 | 1209.25  | 1.24BLN |
| W | 4/20 | L1137.50 | 1.61BLN | W | 3/30 | 1181.41 | 1.37BLN | W | 3/ 9 | 1207.01  | 1.40BLN |
| T | 4/19 | 1152.78  | 1.47BLN | T | 3/29 | 1165.36 | 1.41BLN | T | 3/ 8 | 1219.43  | 1.23BLN |
| M | 4/18 | 1145.98  | 1.48BLN | M | 3/28 | 1174.28 | 1.09BLN | M | 3/ 7 | H1225.31 | 1.25BLN |
|   |      |          |         |   |      |         |         |   |      |          |         |
| F | 4/15 | 1142.62  | 1.94BLN | F | 3/25 |         |         | F | 3/ 4 | 1222.12  | 1.29BLN |
| T | 4/14 | 1162.05  | 1.59BLN | T | 3/24 | 1171.42 | 1.11BLN | T | 3/ 3 | 1210.47  | 1.28BLN |
| W | 4/13 | 1173.79  | 1.35BLN | W | 3/23 | 1172.53 | 1.49BLN | W | 3/ 2 | 1210.08  | 1.26BLN |
| T | 4/12 | 1187.76  | 1.35BLN | T | 3/22 | 1171.71 | 1.42BLN |   |      |          |         |
| M | 4/11 | 1181.21  | 997MLN  | M | 3/21 | 1183.78 | 1.18BLN |   |      |          |         |
|   |      |          |         |   |      |         |         |   |      |          |         |
| F | 4/ 8 | 1181.20  | 1.06BLN | F | 3/18 | 1189.65 | 2.23BLN |   |      |          |         |
| T | 4/ 7 | 1191.14  | 1.28BLN | T | 3/17 | 1190.21 | 1.27BLN |   |      |          |         |
| W | 4/ 6 | 1184.07  | 1.22BLN | W | 3/16 | 1188.07 | 1.36BLN |   |      |          |         |
| T | 4/ 5 | 1181.39  | 1.25BLN | T | 3/15 | 1197.75 | 1.21BLN |   |      |          |         |
| M | 4/ 4 | 1176.12  | 1.38BLN | M | 3/14 | 1206.83 | 1.17BLN |   |      |          |         |

Australia 61 2 9777 8600  Brazil 5511 3048 4500  Europe 44 20 7330 7500  Germany 49 69 9204 1210  Hong Kong 852 2977 6000
Japan 81 3 3201 8900         Singapore 65 6212 1000        U.S. 1 212 318 2000        Copyright 2009 Bloomberg Finance L.P.
                                                                                     SN 622011 G366-844-0 17-Nov-2009 10:57:20