# EXHIBIT 13

3414924Q US $   Acquired by Multiple acquirers          Equity**DES**
Click here to see details
**DESCRIPTION**                          Page  1/10
**3414924Q US**          AVAYA INC          Telecommunication Equip
CUSIP 053499109                          98) Generate Report
Avaya Inc. designs, builds, and manages communications networks for businesses
worldwide, including Fortune 500 companies, government agencies, and other
organizations. The Company provides secure Internet Protocol (IP) telephony
systems, communications software applications, and related services.

| STOCK DATA | | USD | DIVIDENDS | None | |
|---|---|---|---|---|---|
| | Price | | 5)DVD | Indicated Gross Yld | |
| | 52Wk High | | | Dividend Growth | |
| | 52Wk Low | | | Ex-Date    Type | Amt |
| | YTD change | | | | |
| | YTD % Change | | | | |
| 2)FA | Shares Out  7/31/2007 | 456.934M | EARNINGS | | USD |
| | Market Cap | | 6)ERN | | |
| | Float | 455.52M | | Trailing 12mo EPS | .610 |
| 3)TRA | 1 Yr Total Return | | 7)EE | Est EPS | n.a. |
| | | | | P/E | |
| 4)OMON LEAPs Available | | | | EPS Yr change | 24.49% |

SPUN-OFF FROM LUCENT TECHNOLOGIES INC EFF 10/2/00 ON A 1:12 BASIS.

&lt;HELP&gt; for explanation.                                                    Equity**S I**
Hit &lt;MENU&gt; to return to graph, &lt;PAGE&gt; to continue
3414924Q US Eq | 95) Sector Analysis | 96) Update Schedule |     Page 2/2  Short Interest
Date 01/01/05 | - 12/31/05 | ⌧Display Avg Volume ⌧Display Price

| Short Interest | 13,898,336 | SI Ratio | 3.85 | % Float | 2.97 |
| Change In SI | 2,706,052 | Change in SIR | 1.67 | Change in % Float | 0.61 |

| Date | Short Interest | Close | Avg Daily Vol | Short Int Ratio |
|---|---|---|---|---|
| 12/15/2005 | 13,898,336 | 10.59 | 3.61 M | 3.85 |
| 11/15/2005 | 11,192,284 | 11.41 | 5.13 M | 2.18 |
| 10/14/2005 | 12,021,609 | 11.39 | 4.07 M | 2.95 |
| 09/15/2005 | 9,841,707 | 10.08 | 2.98 M | 3.31 |
| 08/15/2005 | 9,033,080 | 9.95 | 5.22 M | 1.73 |
| 07/15/2005 | 9,651,945 | 9.56 | 4.57 M | 2.11 |
| 06/15/2005 | 11,527,292 | 8.19 | 4.05 M | 2.84 |
| 05/13/2005 | 10,868,619 | 8.95 | 7.64 M | 1.42 |
| 04/15/2005 | 11,660,423 | 10.40 | 5.23 M | 2.23 |
| 03/15/2005 | 10,754,874 | 12.72 | 5.47 M | 1.97 |
| 02/15/2005 | 8,921,142 | 13.00 | 4.79 M | 1.86 |
| 01/14/2005 | 10,364,274 | 16.69 | 3.37 M | 3.07 |