# EXHIBIT A

# SCHEDULE A

## SECURITIES TRANSACTIONS

**Acquisitions**

| Date Acquired | Type/Amount of Securities Acquired | Price |
|---|---|---|
| 03/02/2005 | 300 | $13.83 |
| 03/03/2005 | 200 | $13.79 |
| 03/04/2005 | 200 | $13.65 |
| 03/10/2005 | 400 | $13.75 |
| 03/10/2005 | 2,800 | $13.76 |
| 03/29/2005 | 1,000 | $11.37 |

**Sales**

| Date Sold | Type/Amount of Securities Sold | Price |
|---|---|---|
| 04/08/2005 | 263,520 | $11.89 |

*Opening position of 413,620 shares.