# EXHIBIT A

## SCHEDULE A

## SECURITIES TRANSACTIONS

**Acquisitions**

| Date Acquired | Type/Amount of Securities Acquired | Price |
|---|---|---|
| 03/03/2005 | 1,300 | $13.87 |
| 03/04/2005 | 3,000 | $13.71 |
| 03/07/2005 | 300 | $13.70 |
| 03/07/2005 | 2,600 | $13.81 |
| 03/08/2005 | 900 | $13.81 |
| 03/08/2005 | 1,500 | $13.62 |
| 03/14/2005 | 6,700 | $12.99 |
| 03/21/2005 | 2,500 | $12.10 |
| 03/21/2005 | 5,300 | $12.03 |
| 04/06/2005 | 15,900 | $12.03 |