# EXHIBIT A

## SCHEDULE A

## SECURITIES TRANSACTIONS

**Acquisitions**

| Date Acquired | Type/Amount of Securities Acquired | Price |
|---|---|---|
| 03/08/2005 | 35,550 | $13.57 |
| 03/09/2005 | 17,750 | $13.70 |
| 03/10/2005 | 8,075 | $13.70 |