# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| HOWARD CHARATZ, Individually and On Behalf of All Others Similarly Situated,<br><br>      Plaintiff,<br><br>vs.<br><br>AVAYA, INC., et al.,<br><br>      Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | No. 3:05-cv-02319-MLC-TJB<br><br>**(Consolidated)**<br><br><u>CLASS ACTION</u><br><br>[PROPOSED] ORDER GRANTING LEAD PLAINTIFFS' MOTION FOR CLASS CERTIFICATION |

Having considered Lead Plaintiffs' Motion for Class Certification, and good cause appearing therefore, the Court ORDERS as follows:

IT IS HEREBY ORDERED:

1. Lead Plaintiffs' Motion for Class Certification is GRANTED.

2. This action shall proceed as a class action with the members of the Class consisting of all persons and entities who purchased or otherwise acquired the securities of Avaya, Inc. ("Avaya") between March 2, 2005 and April 19, 2005 (the "Class Period"), and who were injured thereby. Excluded from the Class are defendants, the officers and directors of Avaya during the Class Period, members of their immediate families, and their legal representatives, heirs, successors or assigns, and any entity in which defendants have or had a controlling interest.

3. District No. 9, I.A. of M. & A.W. Pension Fund, National Elevator Industry Pension Fund and City of Livonia Employees' Retirement System are appointed Class Representatives.

4. Coughlin Stoia Geller Rudman & Robbins LLP is appointed Class Counsel.

5. Cohn Lifland Pearlman Herrmann & Knopf LLP is appointed Liaison Class Counsel.

IT IS SO ORDERED.

DATED: _____      _____
　　　　　　　　　　　　　　　　　　　THE HONORABLE MARY L. COOPER
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

S:\CasesSD\Avaya\ORD 00063273.doc

- 1 -