COHN LIFLAND PEARLMAN
  HERRMANN & KNOPF LLP
PETER S. PEARLMAN
JEFFREY W. HERRMANN
Park 80 Plaza West-One
Saddle Brook, NJ  07663
Telephone:  201/845-9600
201/845-9423 (fax)

Liaison Counsel

COUGHLIN STOIA GELLER
 RUDMAN & ROBBINS LLP
ARTHUR C. LEAHY
THEODORE J. PINTAR
SHANNON M. MATERA
LAUREN G. KERKHOFF
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone: 619/231-1058
619/231-7423 (fax)

Lead Counsel for Plaintiffs

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| HOWARD CHARATZ, Individually and On Behalf of All Others Similarly Situated,<br><br>　　　　　　　Plaintiff,<br><br>　　vs.<br><br>AVAYA, INC., et al.,<br>　　　　　　　Defendants. | No. 3:05-cv-02319-SRC-TJB<br><br><u>CLASS ACTION</u><br><br><br><br>CERTIFICATE OF SERVICE |

The undersigned certifies that on November 25, 2009, a copy of the foregoing NOTICE OF MOTION IN SUPPORT OF LEAD PLAINTIFFS' MOTION FOR CLASS CERTIFICATION; MEMORANDUM OF LAW IN SUPPORT OF LEAD PLAINTIFFS' MOTION FOR CLASS CERTIFICATION; DECLARATION OF ARTHUR C. LEAHY IN SUPPORT OF LEAD PLAINTIFFS' MOTION FOR CLASS CERTIFICATION; DECLARATION OF TONY RIPETTO IN SUPPORT OF LEAD PLAINTIFFS' MOTION FOR CLASS CERTIFICATION; DECLARATION OF ROBERT F. BIGA IN SUPPORT OF LEAD PLAINTIFFS' MOTION FOR CLASS CERTIFICATION; DECLARATION OF ROBERT O. BETTS JR. IN SUPPORT OF LEAD PLAINTIFFS' MOTION FOR CLASS CERTIFICATION; PROPOSED ORDER GRANTING LEAD PLAINTIFFS' MOTION FOR CLASS CERTIFICATION; and CERTIFICATION OF SERVICE was filed electronically.

Those attorneys who are registered with the Electronic Filing System May access this filing through the Court's System, and notice of this filing will be sent to these parties by operation of the Court's Electronic Filing System.

    COHN LIFLAND PEARLMAN
     HERRMANN & KNOPF LLP
    PETER S. PEARLMAN

    *Peter S. Pearlman /s/*