COHN LIFLAND PEARLMAN
  HERRMANN & KNOPF LLP
PETER S. PEARLMAN
JEFFREY W. HERRMANN
Park 80 Plaza West-One
Saddle Brook, NJ  07663
Telephone: 201/845-9600
201/845-9423 (fax)

Liaison Counsel

ROBBINS GELLER RUDMAN
  & DOWD LLP
ARTHUR C. LEAHY
THEODORE J. PINTAR
JEFFREY D. LIGHT
SHANNON M. MATERA
FRANCIS A. DIGIACCO
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone: 619/231-1058
619/231-7423 (fax)

Lead Counsel for Plaintiffs

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| HOWARD CHARATZ, Individually and On Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> vs. <br><br> AVAYA, INC., et al., <br><br> Defendants. | No. 3:05-cv-02319-MLC-TJB <br> **(Consolidated)** <br><br> CLASS ACTION <br><br> DATE:     September 27, 2010 <br> TIME:      1:00 p.m. <br> COURTROOM:    The Honorable <br> Mary L. Cooper |

DECLARATION OF JEFFREY D. LIGHT FILED ON BEHALF OF ROBBINS GELLER RUDMAN & DOWD LLP IN SUPPORT OF APPLICATION FOR AWARD OF ATTORNEYS' FEES AND EXPENSES

571180_1

I, JEFFREY D. LIGHT, declare as follows:

1.  I am a member of the firm of Robbins Geller Rudman & Dowd LLP. I am submitting this declaration in support of my firm's application for an award of attorneys' fees and expenses in connection with services rendered in the above-entitled action.

2.  This firm is counsel of record for Lead Plaintiffs, District No. 9, I.A. of M. & A.W. Pension Trust, UFCW Local 880 – Retail Food Employees Joint Pension Fund, UFCW Local 880 Union-Employer Pension Fund, National Elevator Industry Pension Fund, and City of Livonia Employees' Retirement System.

3.  The identification and background of my firm and its partners is attached hereto as Exhibit A.

4.  The total number of hours spent on this litigation by my firm is 2,013.10. The total lodestar amount for attorney/paraprofessional time based on the firm's current rates is $1,064,994.50. The hourly rates shown below are the usual and customary rates charged for each individual in all of our cases. A breakdown of the lodestar is as follows:

| NAME | | HOURS | RATE | LODESTAR |
|---|---|---|---|---|
| Daley, Joseph D. | (P) | 10.75 | 605 | 6,503.75 |
| Leahy, Arthur C. | (P) | 366.75 | 675 | 247,556.25 |
| Light, Jeffrey D. | (P) | 43.50 | 665 | 28,927.50 |
| Pintar, Theodore J. | (P) | 41.50 | 700 | 29,050.00 |
| Rosenfeld, David | (P) | 24.25 | 575 | 13,943.75 |
| Svetcov, Sandy | (P) | 413.75 | 775 | 320,656.25 |
| Alba, Mario | (A) | 16.25 | 495 | 8,043.75 |

571180_1

| NAME | | HOURS | RATE | LODESTAR |
|---|---|---:|---|---:|
| Bowie, Gavin M. | (A) | 123.50 | 410 | 50,635.00 |
| Digiacco, Francis | (A) | 105.60 | 295 | 31,152.00 |
| Kerkhoff, Lauren G. | (A) | 164.50 | 445 | 73,202.50 |
| Matera, Shannon | (A) | 85.75 | 475 | 40,731.25 |
| Siben, Matthew P. | (A) | 229.50 | 460 | 105,570.00 |
| Torres, Carolina | (A) | 17.25 | 380 | 6,555.00 |
| Paralegal I | | 289.25 | 220-295 | 84,417.50 |
| Paralegal II | | 3.50 | 256-280 | 950.00 |
| Paralegal III | | 77.50 | 190-285 | 17,100.00 |
| *TOTAL* | | *2,013.10* | | *$1,064,994.50* |

(P) Partner
(A) Associate

5.   My firm incurred a total of $175,611.59 in expenses in connection with the prosecution of this litigation. They are broken down as follows:

### EXPENSES
From Inception to June 30, 2010

| EXPENSE CATEGORY | | TOTAL |
|---|---|---:|
| Meals, Hotels & Transportation | | $ 12,607.27 |
| Photocopies | | 9,627.67 |
| Postage | | 324.39 |
| Telephone, Facsimile | | 81.00 |
| Messenger, Overnight Delivery | | 1,504.61 |
| Filing, Witness & Other Fees | | 1,589.00 |
| Court Reporters | | 610.00 |
| Lexis, Westlaw, Online Library Research | | 7,263.74 |
| Class Action Notices/Business Wire | | 1,060.00 |
| Experts/Consultants/Investigators | | 140,943.91 |
| **Outside:** | | |
| Financial Markets Analysis LLC | 18,337.50 | |
| L.R. Hodges & Associates, Ltd. | 73,996.41 | |
| Lily Haggerty | 1,920.00 | |

- 2 -

571180_1

| **In-House:** | | |
|---|---|---|
| Graphics Assistant | 6,300.00 | |
| Economic/Damage Analyst | 36,190.00 | |
| Investigators | 4,200.00 | |
| *TOTAL* | | **$ 175,611.59** |

6. The following is additional information regarding these expenses:

   (a) Photocopying:
   In-house (32,632 copies @ $0.25 per copy): $8,158.00
   Outside Photocopy Expenses: $1,469.67

| *DATE* | *VENDOR* |
|---|---|
| 02/21/07 | Ikon Document Services |
| 05/03/07 | Ikon Document Services |

   (b) Filing, Witness and Other Fees: $1,589.00

| *DATE* | *VENDOR* |
|---|---|
| 05/12/05 | Courthouse News Service |
| 09/16/05 | Clerk, U.S. District Court |
| 01/23/06 | New Jersey Lawyer's Fund |
| 02/27/06 | Clerk, U.S. District Court |
| 11/17/09 | Clerk, U.S. District Court |
| 01/05/10 | Clerk, U.S. District Court |
| 01/05/10 | New Jersey Lawyer's Fund |

   (c) The firm incurred expenses of $610.00 for amounts paid to court reporters for transcripts of court hearings and depositions.

| *DATE* | *VENDOR* |
|---|---|
| 03/18/08 | James Decrescenzo Reporting, LLC |

   (d) Meals, Hotels and Transportation: $12,607.27. Expenses for out-of-town meals, hotels and transportation were incurred for the following purposes:

| *NAME* | *DATE* | *DESTINATION* | *PURPOSE* |
|---|---|---|---|
| Rosenfeld, David | 08/01/05 | Trenton, NJ | Attend oral argument on lead plaintiff motion |

- 3 -

571180_1

| Siben, Matthew | 08/10/06-08/14/06 | Trenton, NJ | Prepare for and attend oral argument |
| Leahy, Arthur | 08/13/06-08/14/06 | Trenton, NJ | Prepare for and attend hearing |
| Svetcov, Sanford | 03/02/08-03/03/08 | Philadelphia, PA | Review oral argument outline; present oral argument in 3rd Circuit |
| Leahy, Arthur | 03/02/08-03/04/08 | Philadelphia, PA | Prepare for and attend hearing |
| Leahy, Arthur | 11/18/09-11/19/09 | Trenton, NJ | Prepare for and attend status conference |

(e)   Lexis, Westlaw, Online Library Research: $7,263.74. These included vendors such as Disclosure, Inc., Dow Jones Interactive, Dow Jones & Co., Inc., Lexis Nexis, CDA Investment Technologies, Pacer Service Center, West Publishing Corporation, and Choice Point. These databases were used to obtain access to SEC filings, legal research and cite-checking of briefs. The charges for these vendors vary depending upon the type of services requested.

7.   The expenses pertaining to this case are reflected in the books and records of this firm. These books and records are prepared from expense vouchers, check records and other documents and are an accurate record of the expenses.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 12th day of July, 2010, at San Diego, California.

_____
JEFFREY D. LIGHT

571180_1