COHN LIFLAND PEARLMAN
  HERRMANN & KNOPF LLP
PETER S. PEARLMAN
JEFFREY W. HERRMANN
Park 80 Plaza West-One
Saddle Brook, NJ  07663
Telephone:  201/845-9600
201/845-9423 (fax)

Liaison Counsel

ROBBINS GELLER RUDMAN
  & DOWD LLP
ARTHUR C. LEAHY
THEODORE J. PINTAR
JEFFREY D. LIGHT
SHANNON M. MATERA
FRANCIS A. DIGIACCO
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)

Lead Counsel for Plaintiffs
[Additional counsel appear on signature page.]

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| HOWARD CHARATZ, Individually and On Behalf of All Others Similarly Situated,<br><br>          Plaintiff,<br><br>     vs.<br><br>AVAYA, INC., et al.,<br>          Defendants. | No. 3:05-cv-02319-MLC-TJB<br><br>**(Consolidated)**<br><br><u>CLASS ACTION</u><br><br>DATE:     September 27, 2010<br>TIME:      1:00 p.m.<br>COURTROOM:  The Honorable<br>                              Mary L. Cooper |

### CERTIFICATE OF SERVICE

571540_1

- 1 -

The undersigned certifies that on July 12, 2010, the following documents:

1. NOTICE OF MOTION AND MOTION FOR (1) FINAL APPROVAL OF CLASS ACTION SETTLEMENT AND PLAN OF ALLOCATION OF SETTLEMENT PROCEEDS; AND (2) AWARD OF ATTORNEY FEES AND EXPENSES;

2. MEMORANDUM OF LAW IN SUPPORT OF LEAD PLAINTIFFS' MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT AND PLAN OF ALLOCATION OF SETTLEMENT PROCEEDS;

3. MEMORANDUM OF LAW IN SUPPORT OF LEAD PLAINTIFFS' COUNSEL'S MOTION FOR AN AWARD OF ATTORNEYS' FEES AND EXPENSES;

4. DECLARATION OF ARTHUR C. LEAHY IN SUPPORT OF LEAD PLAINTIFFS' MOTION FOR (A) FINAL APPROVAL OF CLASS ACTION SETTLEMENT AND PLAN OF ALLOCATION OF SETTLEMENT PROCEEDS; AND (B) AWARD OF ATTORNEYS' FEES AND EXPENSES;

5. DECLARATION OF PETER S. PEARLMAN FILED ON BEHALF OF COHN LIFLAND PEARLMAN HERRMANN & KNOPF LLP IN SUPPORT OF APPLICATION FOR AWARD OF ATTORNEYS' FEES AND EXPENSES;

6. DECLARATION OF JEFFREY D. LIGHT FILED ON BEHALF OF ROBBINS GELLER RUDMAN & DOWD LLP IN SUPPORT OF APPLICATION FOR AWARD OF ATTORNEYS' FEES AND EXPENSES;

7. DECLARATION OF EBEN O. MCNAIR, IV FILED ON BEHALF OF SCHWARZWALD MCNAIR & FUSCO LLP IN SUPPORT OF APPLICATION FOR AWARD OF ATTORNEYS' FEES AND EXPENSES; and

8. CERTIFICATE OF SERVICE.

were filed electronically on July 12, 2010.

- 1 -

571540_1

- 2 -

Those attorneys who are registered with the Electronic Filing System may access the filing through the Court's System, and notice of this filing will be sent to these parties by operation of the Court's Electronic Filing System.

/s Peter S. Pearlman
PETER S. PEARLMAN
COHN LIFLAND PEARLMAN
 HERRMANN & KNOPF LLP
Park 80 Plaza West-One
Saddle Brook, NJ  07663

- 2 -